UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD PAUL DONEGAN, § | |
| § | |
| Petitioner, § | |
| VS. § | MISCELLANEOUS ACTION |
| § | NO. 2:19-MC-468 |
| § | |
| TOM DONEGAN, *et al*, § | |
| § | |
| Respondents. | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On April 25, 2019, United States Magistrate Judge B. Janice Ellington issued her Memorandum and Recommendation (M&R, D.E. 4), recommending to this Court that Plaintiff's application to proceed *in forma pauperis* be denied. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed. When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 4), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Plaintiff's application to proceed *in forma pauperis* (D.E. 1) is **DENIED**.

SIGNED and ORDERED this 6th day of June, 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE